IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL STOKES,** | : | CIVIL ACTION NO. 1:24-CV-1048 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN OF FCI-ALLENWOOD,** | : | |
| Respondent | : | |

# ORDER

AND NOW, this 24th day of October, 2024, upon consideration of the petition (Doc. 1) for writ of habeas corpus and petitioner's motion for preliminary injunction (Doc. 10), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED.

2. Petitioner's motion for preliminary injunction (Doc. 10) is DENIED.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania